422 A.2d 695

Commonwealth v. Randel, Appellant.

Argued March 12, 1979. Robert N. Tarman, Assistant Public Defender, for appellant; Marion E. Mac Intyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.